# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CHUNGA HAKI MATATA, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:11-cv-00109-MR |
| | ) | [4:94-cr-00044-MR-12] |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2013 Memorandum of Decision and Order.

November 7, 2013

Frank G. Johns, Clerk
United States District Court